UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,, | ) | CASE NO:   1:12-mj-04161 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | NANCY A. VECCHIARELLI |
| COREY T. PAGE, | ) | |
| | ) | |
| Defendant. | ) | **ORDER** |

On October 29, 2012, the undersigned held a competency hearing pursuant to 18 U.S.C. §§ 4241(c) and 4247(d) and L. Crim. R. 5.1(g)(12). A psychiatric evaluation of Corey T. Page was conducted at the Metropolitan Correctional Center (MCC) Chicago, IL, by Dr. Christine Scronce, Ph.D. Dr. Scronce provided a forensic report to the Court and copies for counsel for the defendant and the government. At the hearing both counsel stipulated to the findings in the report.

The Magistrate Judge made an independent review of the report, adopted the report and accepted Dr. Christine Scronce's conclusions. Mr. Page is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings filed against him or assist properly in his own defense. The Magistrate Judge also found that the severity of Mr. Page's current psychiatric symptoms warrants inpatient psychiatric

hospitalization.

Accordingly, pursuant to 18 U.S.C. § 4241(d), the Defendant is committed to the custody of the Attorney General for hospitalization and treatment at the Federal Bureau of Prisons, Metropolitan Correctional Center (MCC ) Chicago, IL, for a period of time not to exceed four months or until he is restored to competency, whichever is earlier. Dr. Scronce is ordered to submit monthly reports to the Court detailing Mr. Corey's progress. The Marshals are ordered to transport Mr. Corey to MCC Chicago, IL, for hospitalization and further treatment as soon as possible.

IT IS SO ORDERED.


Date: October 30, 2012         s/ *Nancy A. Vecchiarelli*
                               Nancy A. Vecchiarelli
                               United States Magistrate Judge